UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ASSIST FINANCIAL SERVICES, INC., a South Dakota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FREIGHT ONE TRANSPORTATION, INC., a California Corporation, and DAVID PALACIOS,<br><br>Defendants. | Case No.: 4:20-cv-4015<br><br><br>**AMENDED MOTION FOR DEFAULT JUDGMENT** |

Plaintiff Assist Financial Services, Inc., a South Dakota Corporation ("Assist Financial"), by and through the undersigned counsel, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, respectfully moves the Court to enter default judgment against Defendants Freight One Transportation, Inc. ("Freight One"), a California Corporation, and David Palacios ("Palacios") (hereinafter collectively, the "Defendants"), awarding Plaintiff a money judgment of $125,301.33, costs in the amount of $2,553.04, and attorneys' fees in the amount of $21,648.18.  This Motion is based on the pleadings on file with the Court, the accompanying Brief in Support of Amended Motion for Default Judgment, and the affidavits of Merrell Holbrook, Jr., Christopher D. Sommers, and Jared A. Ullman.

Dated this 2nd day of July, 2021.

REDSTONE LAW FIRM LLP

__/s/ *Christopher D. Sommers*____
Meghann M. Joyce
Christopher D. Sommers
1300 W. 57th Street, Suite 101
Sioux Falls, SD 57104
(605) 331-2975
meghann@redstonelawfirm.com
chris@redstonelawfirm.com
*Attorneys for Plaintiff Assist Financial Services, Inc.*

1