UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ASSIST FINANCIAL SERVICES, INC., a South Dakota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FREIGHT ONE TRANSPORTATION, INC., a California Corporation, and DAVID PALACIOS,<br><br>Defendants. | Case No.: 4:20-cv-4015<br><br><br>**DEFAULT JUDGMENT** |

Based upon the motions, briefs, prior rulings, and the entire record in this action, and for the reasons set forth in the Court's Memorandum and Order dated February 9, 2022,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Judgment be entered against Defendants Freight One Transportation, Inc., and David Palacios in accordance with the prayer of Plaintiff's Complaint on file herein.

WHEREFORE, by reason of the law and premises aforesaid, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff Assist Financial Services, Inc. have and recover from said Defendants, jointly and severally, the sum of $149,412.55, as detailed below:

| | |
|---|---|
| Compensatory Damages | $ 98,773.00 |
| Closing Fee | $ 500.00 |
| Default Fee | $ 2,349.50 |
| Collection Fee | $ 1,100.00 |
| Early Termination Fee | $ 4,588.64 |
| Prejudgment Interest through June 30, 2021 | $ 17,900.19 |
| Attorneys' Fees | $ 21,648.18 |
| Costs | $ 2,553.04 |
| **TOTAL** | **$ 149,412.55** |

Dated this 14th day of February, 2022.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK